IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN (J.C.) KELL,<br><br>    Plaintiff,<br><br>vs.<br><br>FREEDOM ARMS INC., including Predecessors and Successors of Freedom Arms Inc., and Subsidiaries and Related Business Entities, and JOHN DOES 1-10,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>KELL BROTHERS GUNS, INC. and JOHN KELL, SR.<br><br>    Third-Party Defendants. | CV 24-31-M-DWM<br><br>ORDER |

Defendant Freedom Arms, Inc. having indicated that the parties have resolved the discovery dispute underlying its pending motion to compel, (*see* Docs. 45, 54),

IT IS ORDERED that the motion to compel (Doc. 45) is DENIED as MOOT and the March 4, 2025 motion hearing is VACATED.

1

IT IS FURTHER ORDERED that on or before March 3, 2025, the parties shall submit a joint notice of the agreed upon inspection date and time so that the Court may consider the pending motion to extend the amended pleading deadline. (*See* Doc. 48.)

DATED this 27th day of February, 2025.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court