IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN (J.C.) KELL, | CV 24-31-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| FREEDOM ARMS INC., | |
| Defendant/Third-Party Plaintiff, | |
| vs. | |
| KELL BROTHERS GUNS, INC. and JOHN D. KELL, | |
| Third-Party Defendants. | |

The parties having stipulated to the dismissal of Robert E. Baker from this action, (*see* Doc. 94),

IT IS ORDERED that Defendant Freedom Arms, Inc.'s motion for summary judgment regarding claims against Baker (Doc. 86) is DENIED as MOOT.

DATED this 14th day of October, 2025.

_____
Donald W. Molloy, District Judge
United States District Court