IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN (J.C.) KELL,<br><br>      Plaintiff,<br><br>vs.<br><br>FREEDOM ARMS INC.,<br><br>      Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>KELL BROTHERS GUNS, INC. and JOHN D. KELL,<br><br>      Third-Party Defendants. | CV 24-31-M-DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 29th day of December, 2025.

_____
Donald W. Molloy, District Judge
United States District Court